JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY KRASNER and AMANDA KRASNER,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 8:23-cv-00382-JWH-DFM<br><br>District Judge: Hon. John W. Holcomb<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs CASEY KRASNER and AMANDA KRASNER ("Plaintiffs") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure on August 30, 2023.

Accordingly, the Court enters **JUDGMENT** in favor of Plaintiffs in the amount of $113,759.52 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date:  September 6, 2023

Hon. John W. Holcomb
United States District Judge